# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**

City      Hagatna      **Related Case Information:**      MJ **08-00016**

Country/Parish   N/A      Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 5 from District of - Eastern District of Virginia

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name    Oscar L. Noblejas

Allisas Name _____

Address _____

     Philippines

**RECEIVED JUN 18 2008**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birth date __XX/XX/1943__ SS# __XXX-XX-7473__ Sex __M__ Race __Phl__ Nationality __US__

**U.S. Attorney Information:**

AUSA __Marivic David__

**Interpreter:** __X__ No ___ Yes      List language and/or dialect: __N/A__

**Location Status:**

Arrest Date __18 Jun 08__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __28__      ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 381 | CONSPIRACY | 1 |
| Set 2 | 18 USC 1341 | MAIL FRAUD | 2-12 |
| Set 3 | 18 USC 1343 | WIRE FRAUD | 13-15 |
| Set 4 | 18 USC 1956(h) | CONSPIRACY TO COMMIT MONEY LAUNDERING | 16 |
| Set 5 | 18 USC 1956 | MONEY LAUNDERING | 17-28 |

Date: __6-18-08__      Signature of AUSA: _____