# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: MJ-08-00016                              DATE: June 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: None Present                      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio          Electronically Recorded: 3:35:04 - 3:41:09

**APPEARANCES:**

Defendant: Oscar L. Noblejas                 Attorney: John Gorman

☑Present ☑Custody ☐Bond ☐P.R.               ☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Marivic P. David              U.S. Agent: Mark LaFleur
U.S. Probation: Christopher Duenas
Interpreter:                                 Language:

**PROCEEDINGS: Initial Appearance and Petition for Warrant of Removal**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Waiver of Identity executed.
- Defendant advised of his rights.
- Warrant of Removal issued.
- Court orders that the U.S. Marshals permit defendant to take his medication that he is currently taking for his allergies.
- U.S. Marshals are ordered that the defendant be removed as expeditiously as possible to the Eastern District of Virginia, Alexandria Division.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: