**FILED**
DISTRICT COURT OF GUAM

JUN 1 8 2008

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00016 |
| Plaintiff, | |
| vs. | |
| **OSCAR L. NOBLEJAS,** | **APPOINTMENT ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 18TH day of May 2008.

_____
JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL