| | |
|---|---|
| 1　LEONARDO M. RAPADAS<br>　　United States Attorney<br>2　MARIVIC P. DAVID<br>　　Assistant U.S. Attorney<br>3　Suite 500, Sirena Plaza.<br>　　108 Hernan Cortez Ave.<br>4　Hagåtña, Guam 96910<br>　　PHONE: 472-7332<br>5　FAX: 472-7334 | **FILED**<br>DISTRICT COURT OF GUAM<br><br>JUN 1 8 2008<br><br>**JEANNE G. QUINATA**<br>Clerk of Court |

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. **08-00016** |
| Plaintiff, | ) |
| vs. | ) **WAIVER OF IDENTITY**<br>) **AND ORDER** |
| OSCAR L. NOBLEJAS, | ) |
| Defendant. | ) |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the Eastern District of Virginia, Alexandria Division where there is a warrant outstanding for his arrest.

6-18-08
DATE

_/s/ Oscar L. Noblejas_
OSCAR L. NOBLEJAS
Defendant

APPROVED AS TO FORM:

By: _/s/_
Attorney for Defendant

**ORIGINAL**

\* \* \* \* \* O R D E R \* \* \* \* \*

OSCAR L. NOBLEJAS, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, OSCAR L. NOBLEJAS, is committed to the U.S. Marshals Service for the District of Guam for removal to the Eastern District of Virginia, Alexandria Division and there deliver him to the U.S. Marshals Service for the Eastern District of Virginia, Alexandria Division or to some other officer authorized to receive him.

6/18/2008
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam