| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza. |
| 4 | 108 Hernan Cortez Ave.<br>Hagåtña, Guam 96910 |
| 5 | PHONE: 472-7332<br>FAX: 472-7334 |

1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
PHONE: 472-7332
5 FAX: 472-7334

6 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 1 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00016 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WARRANT OF REMOVAL** |
| OSCAR L. NOBLEJAS, | ) |
| Defendant. | ) |

TO: U.S. MARSHALS SERVICE
District of Guam

An Indictment for defendant, OSCAR L. NOBLEJAS, having been filed in the United States District Court for the Eastern District of Virginia, Alexandria Division, Criminal Case No. 99-00165-A, charging OSCAR L. NOBLEJAS, with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of 18 U.S.C. § 371 (Count 1); Mail Fraud in violation of 18 U.S.C. § 1341 (Counts 2-12); Wire Fraud in violation of 18 U.S.C. § 1343 (Counts 13-15); Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h) (Count 16); and Money Laundering in violation of 18 U.S.C. § 1956 (Counts 17-28), and a Warrant for Arrest having issued for his arrest, and

Said OSCAR L. NOBLEJAS, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the Eastern District of Virginia, Alexandria Division, OSCAR L. NOBLEJAS is committed to your

ORIGINAL

custody pending removal to the Eastern District of Virginia, Alexandria Division;

You are therefore commanded to remove OSCAR L. NOBLEJAS forthwith to the Eastern District of Virginia, Alexandria Division and there deliver him to the United States Marshal for the District or to some other officer authorized to received him. *Defendant shall be removed as expeditiously as possible.*

DATED this 18 day of June 2008.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

2