


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

June 20, 2008

Fernando Galindo
Clerk of Court
Albert V. Bryan United States
Courthouse, 2nd Floor
401 Courthouse Square
Alexandria, Virginia 22314-5704

**FILED**
DISTRICT COURT OF GUAM
JUL 0 7 2008
JEANNE G. QUINATA
Clerk of Court

Re: Magistrate Case No. 08-00016
Your Criminal Case No. 99-00165-A
USA vs Oscar L. Noblejas

Dear Mr. Galindo:

Pursuant to a Warrant of Removal, I am transmitting certified copies of the following documents for the above-entitled matter. They are as follows:

a. Petition for Warrant of Removal, filed June 18, 2008
b. Minute Entry re Initial Apperance and Petition for Warrant of Removal, filed June 18, 2008
c. Appointment Order, filed June 18, 2008
d. Waiver of Identity and Order, filed June 18, 2008
e. Warrant of Removal, filed June 18, 2008
j. Docket Sheet

Kindly acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Marilyn B. Alcon
Deputy Clerk

Enclosures



District Court of Guam
4th Floor, US Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

OFFICIAL BUSINESS



RECEIVED
JUL 07 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:08-mj-00016    Document 7    Filed 07/07/2008    Page 3 of 3